UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION at PIKEVILLE

DONTE DARRELL PARRISH,

    Petitioner,

V.

GREGORY KIZZIAH, Warden,

    Respondent.

Civil Action No. 7: 17-173-KKC

**JUDGMENT**

\*\*\*  \*\*\*  \*\*\*  \*\*\*

Consistent with the Memorandum Opinion issued on this date and pursuant to Federal Rule of Civil Procedure 58, it is **ORDERED** and **ADJUDGED** that:

1.    The petition filed pursuant to 28 U.S.C. § 2241 by Donte Darrell Parrish [R. 1] is **DENIED.**

2.    Judgment is **ENTERED** in favor of the respondent with respect to all issues raised in this proceeding.

3.    This is a **FINAL** and **APPEALABLE** Judgment and there is no just cause for delay.

Dated January 4, 2018.

KAREN K. CALDWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY